**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 18-21399-CIV-ALTONAGA/GOODMAN

DIEGO KRUKEVER, KAREM SANDGARTEN,
AMIR RAHIMI, and KAITLIN WOODDELL
individually and on behalf of all                                CLASS ACTION
others similarly situated,

        Plaintiffs,

v.

TD AMERITRADE FUTURES & FOREX LLC,

        Defendant.
_____/

**PLAINTIFFS' NOTICE OF FILING DEPOSITION EXCERPTS IN SUPPORT
OF ITS REPLY IN SUPPORT OF CLASS CERTIFICATION
<u>AND ITS RESPONSES TO MOTIONS IN LIMINE</u>**

      Plaintiffs, Diego Krukever, Karem Sandgarten, Amir Rahimi, and Kaitlin Wooddell ("Plaintiffs"), file excerpts to the deposition of Nicholas Theodorakis (**Ex. A**), Ana Lempert (**Ex. B**), Christopher Culp (**Ex. C**), and Allan Kleidon (**Ex. D**) in support of their Reply in Support of Revised Motion for Class Certification [D.E. 98], their Response to Defendant's Motion to Exclude the Opinion and Testimony of James French [D.E. 96], and their Response to Defendant's Motion to Exclude the Opinion and Testimony of Alan Spies [D.E. 97].

CASE NO.: 18-21399-CIV-ALTONAGA/GOODMAN

Dated: 11/14/2018

Respectfully submitted,

| **RODRIGUEZ TRAMONT & NUÑEZ P.A.** | **LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP** |
|---|---|
| 255 Alhambra Circle | 201 South Biscayne Boulevard |
| Suite 600 | Citigroup Center, 22nd Floor |
| Coral Gables, FL 33134 | Miami, FL 33131 |
| Telephone: (305) 350-2300 | Telephone: (305) 403-8788 |
| Facsimile: (305) 350-2525 | Facsimile: (305) 403-8789 |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |
| By: /s/ Paulino A. Núñez Jr. | By: /s/Jason K. Kellogg |
| Frank R. Rodriguez | Lawrence A. Kellogg, P.A. |
| Florida Bar No. 348988 | Florida Bar No. 328601 |
| Primary email: frr@rtgn-law.com | Primary email: lak@lklsg.com |
| Paulino A. Núñez Jr. | Jason K. Kellogg, P.A. |
| Florida Bar No. 814806 | Florida Bar No. 0578401 |
| Primary email: pan@rtgn-law.com | Primary email: jk@lklsg.com |
| | Victoria J. Wilson |
| | Florida Bar No. 0092157 |
| | Primary Email: vjw@lklsg.com |

CASE NO.: 18-21399-CIV-ALTONAGA/GOODMAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2018, I served the foregoing to all counsel of record on the Service List below via email.

By: /s/Victoria J. Wilson

## SERVICE LIST

| | |
|---|---|
| Adam Michael Schachter | Richard Morvillo |
| Email: aschachter@gsgpa.com | Email: rmorvillo@orrick.com |
| Gerald Edward Greenberg | Robert Stern |
| Email: ggreenberg@gsgpa.com | Email: rstern@orrick.com |
| GELBER SCHACHTER & GREENBERG, P.A. | Daniel Streim |
| 1221 Brickell Ave., Suite 2010 | Email: dstreim@orrick.com |
| Miami, FL 33131 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| (305) 728-0950 | COLUMBIA CENTER |
| Fax: 305-728-0951 | 1152 15th Street NW |
| *Attorneys for Defendant* | Washington, DC 20005 |
| | 202-339-8400 |
| | *Attorneys for Defendant* |