UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-21399-CIV-ALTONAGA/Goodman

DIEGO KRUKEVER *et al.*,

       Plaintiffs,

v.

TD AMERITRADE FUTURES &
FOREX LLC,

       Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiffs, Diego Krukever, Karem Sandgarten, and Amir Rahimi's Motion for Leave to File Supplement . . . [ECF No. 107], filed on December 11, 2018.  Plaintiffs seek leave to supplement their class certification briefing to incorporate information recently disclosed during discovery.  (*See generally* Mot.).

The Court cannot permit supplemental briefing on the basis of rolling discovery, lest consideration of the Motion be repeatedly delayed by each new revelation.  Furthermore, the Motion and Reply in their current form, as well as the parties' exhibits, are sufficient for the Court to determine the propriety of the liquidation decisions made by Defendant's associates is susceptible to common proof.

Accordingly, it is **ORDERED** that the Motion **[ECF No. 107]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 11th day of December, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record