UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-21399-CIV-ALTONAGA/GOODMAN

DIEGO KRUKEVER, KAREM SANDGARTEN,
AMIR RAHIMI, and KAITLIN WOODDELL,

    Plaintiffs,

v.

TD AMERITRADE FUTURES & FOREX LLC,

    Defendant.
_____/

## NOTICE OF FILING MEDIATOR'S REPORT AND AGREEMENT IN PRINCIPLE

Plaintiffs Diego Krukever, Karem Sandgarten, Amir Rahimi, and Kaitlin Wooddell, and Defendant TD Ameritrade Futures & Forex LLC (the "Parties"), in accordance with Local Rule 16.2(f) and the Court's June 14, 2018, Order Scheduling Mediation, hereby jointly notify the Court that:

1. On March 20, 2019, the Parties and their counsel convened at the law offices of Levine, Kellogg, Lehman, Schneider & Grossman LLP, 201 South Biscayne Boulevard, Miami, Florida 33131, for a mediation conference in this case.

2. Robert Meyer served as the mediator during this conference.

3. The Parties have now reach an agreement in principle to settle the case, subject to the execution of a final writing setting forth the terms of their settlement.

Attached hereto as an exhibit is Robert Meyer's Mediation Report.

March 27, 2019                               Respectfully submitted,

                                            *s/Jason Kellogg*
LAWRENCE A. KELLOGG
Florida Bar No. 328601
Primary email: lak@lklsg.com
JASON K. KELLOGG
Florida Bar No. 0578401
Primary email: jk@lklsg.com
VICTORIA J. WILSON
E-mail: vjw@lklsg.com
LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard, 22nd Floor
Miami, FL 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789


FRANK R. RODRIGUEZ
Florida Bar No. 348988
E-mail: frr@rtgn-law.com
PAULINO A. NÚÑEZ JR.
Florida Bar No. 814806
E-mail: pan@rtgn-law.com
RODRIGUEZ TRAMONT & NUÑEZ P.A.
255 Alhambra Circle, Suite 1150
Coral Gables, FL 33134
Telephone: (305) 350-2300
Facsimile: (305) 350-2525

*Counsel for Plaintiffs*

*/s/Adam M. Schachter*
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
Facsimile: (305) 728-0951
E-service: efilings@gsgpa.com

and

RICHARD J. MORVILLO (*pro hac vice*)
rmorvillo@orrick.com
ROBERT STERN (*pro hac vice*)
rstern@orrick.com
ANDREW MORRIS (*pro hac vice*)
amorris@orrick.com
DANIEL STREIM (*pro hac vice*)
dstreim@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: 202-339-8400
Facsimile: 202-339-8500

*Counsel for Defendants*