UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-21399-CIV-ALTONAGA/Goodman

**DIEGO KRUKEVER**, *et al.*,

    Plaintiffs,
v.

**TD AMERITRADE, INC.**; *et al.*,

    Defendants.
_____/

### ORDER

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation of Voluntary Dismissal [ECF No. 119]. The parties request the Court retain jurisdiction for the purpose of enforcing their settlement agreement, but they do not provide a copy of their settlement agreement. The Court will not retain jurisdiction over a settlement agreement it has not seen or approved. Accordingly, it is

**ORDERED AND ADJUDGED** that the case is **DISMISSED**.

**DONE AND ORDERED** in Miami, Florida, this 21st day of May, 2019.

                                                      _____
                                                      **CECILIA M. ALTONAGA**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record